DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN LAMPF** and **LAMPF, LIPKIND, PRUPIS & PETIGROW, P.A.,**
Appellants,

v.

**GLADIOLUS SURGERY CENTER, LLC,** a Florida Limited Liability
Corporation,
Appellee.

No. 4D2022-3040

[June 27, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Gerard Harper, Judge; L.T. Case No. 50-2015-CA-001162-XXXX-MB.

Alan Zibelman, Randall D. Burks, Robin I. Bresky, for appellant Stephen Lampf.

Douglas F. Eaton of Eaton & Wolk, P.L., Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***